**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAIME DIAZ MEDINA, | NO. CV 11-01210-VBF-JC |
| Petitioner, | |
| v. | RULE 58 JUDGMENT |
| CONNIE GIBSON (WARDEN), | |
| Respondent. | |

Pursuant to the Court's Order issued this same date, final judgment is hereby entered in favor of respondent Connie Gibson (Warden) and against petitioner Jaime Diaz Medina.

DATED: January 27, 2014

*Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE